**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

John Patrick Murphy, Civil File No. 01-701 (PAM/AJB)

Plaintiff,

v. **ORDER TO SHOW CAUSE**

Sheryl Ramstad Hvass, Jeff Peterson, and John Peterson,

Defendants.

---

This matter has been filed pursuant to 42 U.S.C. § 1983 as a complaint for violation of Plaintiff's constitutional rights. It has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. The matter is before the court on defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56. The motion and supporting memorandum, filed with the court and served on plaintiff on February 4, 2002, allege that plaintiff's claim for relief is precluded by the Eleventh Amendment and the complaint should therefore be dismissed.

Plaintiff is **hereby ordered** to respond to the arguments contained in defendants' motion for summary judgment and accompanying memorandum and **show cause** why plaintiff's claims should not be dismissed. Failure to so respond to this Order will result in the Court's consideration of the motion without argument from the plaintiff and may result in a recommendation of dismissal of plaintiff's claims against defendants in this case.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS**

FILED FEB 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

**HEREBY ORDERED** that plaintiff shall file and serve a response to the arguments contained in defendant's motion and memorandum before March 14, 2002, showing cause why plaintiff's motion for summary judgment should not be granted. Failure by plaintiff to so respond to this Order will result in a consideration without argument from plaintiff and may result in recommendation of dismissal of plaintiff's claims against defendants.

Dated: February 13, 2002

Arthur J. Boylan
United States Magistrate Judge