UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Patrick Murphy,

Civil No. 01-701 (PAM/AJB)

Petitioner,

v.

**ORDER**

Sheryl Ramstad Hvass,
Jeff Peterson, and John Peterson,

Respondents.

---

This matter is before the Court on Petitioner's Motion for Extension for Filing A Notice of Appeal. The Court has carefully reviewed Petitioner's submission. On the basis of that review, the Court grants the Motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Extension for Filing A Notice of Appeal (Clerk Doc. No. 28) is **GRANTED**; and

2. Respondent may file a Notice of Appeal on or before August 4, 2002.

Dated: June 17, 2002

Paul A. Magnuson
United States District Court Judge

JUN 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK