UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Patrick Murphy, Civ. No. 01-701 (PAM/RLE)

Plaintiff,

v. **ORDER**

Sheryl Ramstad Hvass, Jeff
Peterson, and John Peterson,

Defendant.

---

This matter is before the Court on Plaintiff John Patrick Murphy's Application for a Certificate of Appealability to allow appeal of this Court's Order dated May 30, 2002. In that Order, the Court adopted the report and recommendation of Magistrate Judge Boylan and granted Defendant's motion for summary judgment on Murphy's 42 U.S.C. § 1983 claim. No certificate of appealability is required in this case. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Certificate of Appealability (Clerk Doc. No. 30) is **DENIED AS MOOT**.

Dated: July 30, 2002

Paul A. Magnuson
United States District Court Judge

FILED JUL 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________