**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

## NOTICE TO COUNSEL

OLD Civil Case No.:0:01CV701 (PAM/AJB)

Murphy
v.
Hvass

**IN RE: Notice of Reassignment of Magistrate Judge - NEW:0:01CV701 (PAM/JSM)**

**AT THE COURT'S DIRECTION,** the Clerk of Court is instructed to refer the above entitled case to **Magistrate Judge Janie S. Mayeron,**

If you have questions or concerns regarding this reassignment or other matters, please call 651.848.1190 or write to Magistrate Judge Mayeron at 316 N. Robert Street, Room 610, Saint Paul, MN 55101.

**DATED: February 13, 2003**

**Richard D. Sletten, Clerk**

**FILED February 13, 2003**
**Richard D. Sletten, Clerk**
**DEPUTY CLERK** ______