Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641004295
Cashier ID: llewis
Transaction Date: 06/07/2006
Payer Name: JOHN MURPHY

---

PLRA CIVIL FILING FEE
For: JOHN MURPHY
Case/Party: D-MNX-0-01-CV-000701-001
Amount: $40.85

---

CHECK
Check/Money Order Num: 135014
Amt Tendered: $40.85

---

Total Due: $40.85
Total Tendered: $40.85
Change Amt: $0.00

JOHN MURPHY 01CV701 PAM/JSM

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641004295
Cashier ID: llewis
Transaction Date: 06/07/2006
Payer Name: JOHN MURPHY

PLRA CIVIL FILING FEE
For: JOHN MURPHY
Case/Party: D-MNX-0-01-CV-000701-001
Amount: $40.85

CHECK
Check/Money Order Num: 135014
Amt Tendered: $40.85

Total Due: $40.85
Total Tendered: $40.85
Change Amt: $0.00

JOHN MURPHY 01CV701 PAM/JSM

SCANNED
JUN 07 2006
U.S. DISTRICT COURT MPLS